UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


LIBERTY MUTUAL INSURANCE )
COMPANY, )
 )
                    Plaintiff, )
 )
v. )
 )        No. 1:04-CV-209
A STAFFING KOMPANY, INC.; )
JERRY SCHEIB; and DORIS BURNS, )        Judge Curtis L. Collier
 )
 )
                    Defendants. )


# O R D E R

For the reasons discussed in the accompanying memorandum, the Court **ORDERS** as

follows:

(1)    Defendants' motion to dismiss (Court File No. 23) is **DENIED**;

(2)    Defendants' motion for oral argument (Court File No. 47) is **DENIED**;

(3)    Defendants' motion to strike (Court File No. 53) is **GRANTED IN PART** and

**DENIED IN PART**: Defendants' request to strike Plaintiff's sur-reply is **DENIED**.

Defendants' alternative request to file a response to Plaintiff's sur-reply is

**GRANTED**, and Defendants' response to Plaintiff's sur-reply (Court File No. 53,

Exh. A) is deemed filed.


**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**